```
                                IT IS HEREBY ADJUDGED
                                and DECREED this is SO
                                ORDERED.
```

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: December 23, 2009



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50303/5130612

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-20829-SSC |
| Robert D. Suer and Jean E. Suer <br> Debtors. | Chapter 7 |
| BankUnited, FSB <br> Movant, <br> vs. | ORDER <br><br> (Related to Docket #14) |
| Robert D. Suer and Jean E. Suer, Debtors, Anthony H. Mason, Trustee. <br><br> Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 26, 2006 and recorded in the office of the Pinal County Recorder wherein BankUnited, FSB is the current beneficiary and Robert D. Suer and Jean E. Suer have an interest in, further described as:

> Lot 4, Block T, of TOLTEC/ARIZONA VALLEY UNIT THREE, according to the plat of record in the office of the County Recorder of Pinal County, Arizona, in Book 11 of Maps, Pages 2 through 11.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT